**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HCF OF BRADFORD, INC., et al.** | : | **CIVIL ACTION NO. 1:05-CV-0505** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **HON. ESTELLE B. RICHMAN,** | : | |
| **Secretary of the Pennsylvania** | : | |
| **Department of Public Welfare,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of June, 2005, upon consideration of plaintiffs' motion (Doc. 58) for "dismissal of the above captioned action with prejudice," in which defendant concurs, it is hereby ORDERED that the motion (Doc. 58) is GRANTED as follows:

1. Plaintiffs' claims against defendant are DISMISSED with prejudice. See FED. R. CIV. P. 41(a)(2).

2. Defendant's motion to dismiss (Doc. 51) is DENIED as moot.

3. The Clerk of Court is directed to CLOSE this case.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge